# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09-cv-1078 | **DATE** | 1/19/11 |
| **CASE TITLE** | Lindsey et al. v. Tews et al. | | |

**DOCKET ENTRY TEXT**

Pretrial conference held. The Court ruled on all motions *in limine* as stated below.

■[ For further details see text below.]
01:00

Docketing to mail notices.

## STATEMENT

     Plaintiffs' motion *in limine* (1) is granted without objection as to Plaintiffs' consumption of illegal drugs and withdrawn as to Plaintiffs' consumption of alcohol on the date of the incident. Plaintiffs' motions *in limine* (2), (3), (4), and (5) are granted without objection. Plaintiffs' motion *in limine* (6) and (7) are granted. Defendants will not <u>raise</u> any issue regarding Plaintiffs' sources of income, personal expenses, work history, or work discipline. If Plaintiffs raise these topics during direct examination, Defendants may explore the topics on cross examination. Plaintiffs' motion *in limine* (8) is denied insofar as it is based on the timeliness of Defendants' disclosures. Plaintiffs may raise any other objections to Defendants' use of exhibits at the time of trial.

     In their motion *in limine* (10), Plaintiffs moved to admit the City of Chicago's answer to Plaintiffs' requests for admission. Defendants' objected on the grounds of hearsay, relevance, and unfair prejudice. Those objections are overruled. However, no evidence will be deemed admitted unless and until it is presented at the time of trial and the Court has expressly ruled on its admission.

     Defendants' motions *in limine* (1), (3), (5), and (7) are granted without objection. Defendants' motion *in limine* (2) is taken under advisement. The parties may submit additional briefing by 1/25/11. Defendants' motions *in limine* (4) and (6) are granted over objection.